**Opinion issued January 21, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-11-01070-CV

————————————

**RSL FUNDING, LLC, Appellant**

**V.**

**GREGORY S. EVERETT, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, AND PRUCO ASSIGNMENT CORPORATION, Appellees**

---

**On Appeal from the 11th Judicial District Court**
**Harris County, Texas**
**Trial Court Case No. 0941386A**

---

## MEMORANDUM OPINION

Appellant, RSL Funding, LLC, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant notified this Court that it was not filing a brief.

We dismiss the appeal for want of prosecution for failure to timely file a brief. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Brown.